UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS A. WOOTTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:10CV00598 SNLJ |
| | ) |
| FISHER INVESTMENTS, INC., et al., | ) |
| | ) |
| Defendant. | ) |

### ORDER

This case is before the Court on plaintiff's Motion to Unseal File and Record on Appeal, #59, to which defendant has filed a response and opposition, #64, and plaintiff a reply thereto, #65. Given the parties initial agreement that the file should be sealed and the pendency of the case before the arbitrator and the arbitrator's order that the file remain confidential, the motion to unseal is **DENIED**.

**SO ORDERED** this 19th day of September, 2011.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE